HEPP & AL. vs. LAFONTA'S EXECUTORS.

APPEAL from the court of the first district.

If a specific legacy is made of a note, and afterwards, but before the death of the testator, a payment is made on it, the legatee cannot claim that the amount of the note should be paid by the executors.

MARTIN, J., delivered the opinion of the court. The plaintiffs state, that the defendants' testator made his will, in which is the following clause: " I give to my three children, Philip, Nathaniel and Edward, whom I had with S. Hepp, and whom I acknowledge, the entire contract, by which Ducros, father and son, owe me $38,000; the mother enjoying one half of the interest during her life. In case of payment, the funds are immediately to be invested in shares of the bank of the

state of Louisiana; it being understood that the mother is to enjoy one half of the interest." That afterwards, a sum of $1,800 was paid by the debtors to the testator, or his agent, and he, the testator, died.

HEPP & AL.
*vs.*
LAFONTA'S
EXECUTORS.

The answer avers, that the defendants have fully paid or discharged the legacy by the transfer of the testator's claim on the Ducros, as it stood at the time of his death, and nothing else is due them.

There was judgment for the defendants, and the plaintiffs appealed.

The statement of facts admits, that *the testator* received the payment made by the Ducros.

It does not appear to us, the district judge erred: the legacy was not of a sum of money, but of a contract, or debt; it was not perfect until the moment the testator died, and then it took place as to what was *then* due; for the rest, it was adeemed. The clause directing the proceeds, in case of payment, to be invested in bank stock, was a direction to the executor or tutor of the legatees: it had no effect till the will became perfect by the testator's death, and cannot be considered as to attach

HEPP & AL.
*vs.*
LAFONTA'S
EXECUTORS.

on any money the testator himself might receive.

It is therefore ordered, adjudged and decreed, that the judgment of the district court be affirmed, with costs.

*Hennen* for the plaintiffs, *Morel* for the defendants.